**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PETER F. SHARKEY and CHARLES
LEINBERRY, JR.,

                    Plaintiff,

       -against-                                20 **CIVIL** 8258 (JPC)

                                                **JUDGMENT**

ZIMMER USA, INC. *doing business as* ZIMMER
BIOMET, and ZIMMER KNEE CREATIONS,
INC.

                   Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated August 17, 2021, the Court grants Defendants' Motion to Dismiss with prejudice as to both of Plaintiffs' claims.; accordingly, this case is closed.

**Dated:**  New York, New York

      August 9, 2021

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                          **BY:**
                                                   **Deputy Clerk**